POLLY A. HOOD, as Administratrix of the Estate of ISAAC HOOD, Deceased, Appellant, *v.* THE LEHIGH VALLEY RAILROAD COMPANY, Respondent.

*Hood* v. *Lehigh Valley R. R. Co.*, 109 App. Div. 418, affirmed.
(Argued June 18, 1906; decided October 2, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 27, 1905, affirming a judgment in favor of defendant entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover for the alleged negligent killing of plaintiff's intestate.

*William E. Prentice* for appellant.

*James McCormick Mitchell* and *Chester Odiorne Swain* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT and CHASE, JJ. Absent: O'BRIEN, J. Not sitting: HISCOCK, J.